Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DARRYL LOOMIS,

    Plaintiff,

vs.

LAW OFFICES OF HARRIS AND ZIDE,

    Defendant.

Case No.: SACV 10-01388-CJC(MLGx)

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
The Honorable Judge
Cormac J. Carney
United States District Judge

1

[Proposed] Order